IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 29 1998

Michael N. Milby, Clerk

| | |
|---|---|
| AMERICAN DENTAL TECHNOLOGIES, INC. : | |
| Plaintiff, : | |
| v. : | Civil Action No. C-98-181 |
| KREATIV, INC. : | |
| Defendant. : | |

**PLAINTIFF AMERICAN DENTAL TECHNOLOGIES, INC.'S
ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff, American Dental Technolgies, Inc. ("ADT") answers the counterclaims of defendant, Kreativ, Inc. ("Kreativ") as follows:

1. ADT lacks knowledge or information sufficient to form a belief as to the allegation in Paragraph 1 and therefore denies same.

2. ADT admits the allegations in Paragraph 2 of the counterclaims.

3. ADT admits the allegations in Paragraph 3 of the counterclaims.

4. ADT admits the allegations in Paragraph 4 of the counterclaims respecting ADT's filing of this suit alleging that Kreativ infringes the '596 patent; ADT denies that there is a substantial and continuing justiciable controversy as to ADT's right to maintain its suit against Kreativ for infringement of the '596 patent and denies that there is a substantial and continuing justiciable controversy as to the invalidity and

unenforceability of that patent.

5. ADT admits the allegations in Paragraph 5 of the counterclaims.

6. ADT admits the allegations in Paragraph 6 of the counterclaims.

7. ADT repeats and incorporates by reference its replies to Paragraph 1-6 of the counterclaims.

8. ADT admits that the `596 patent relates to a method for treating teeth, that a dentist's office is one example of a place where the method would be carried out, and that Kreativ is in the business of selling products which can be used by dentists. ADT denies that Kreativ does not perform any of the methods claimed in the `596 patent.

9. ADT denies the allegations in Paragraph 9 of the counterclaims.

10. ADT denies the allegations in Paragraph 10 of the counterclaims.

11. ADT denies the allegations in Paragraph 11 of the counterclaims.

12. Subject to and without waiving the objections set forth in Plaintiff's Motion to Strike filed concurrently herewith, ADT denies the allegations of Paragraph 12 of Defendant's counterclaims.

|  |  |
|---|---|
| 7/25/98 <br> Date | Respectfully submitted, <br><br> *(signature)* <br> Joseph F. Posillico <br> PA Attorney ID No. 45,189 <br> Stephen J. Driscoll <br> PA Attorney ID No. 71,086 <br> Theodore Naccarella <br> PA Attorney ID No. 81,713 <br> SYNNESTVEDT & LECHNER LLP <br> 2600 Aramark Tower <br> 1101 Market Street <br> Philadelphia, PA 19107-2950 |
| Tele: (215) 923-4466 <br> Fax:  (215) 923-2189 | *(signature)* <br> Paula S. Waddle, Esq. <br> 531 South Shoreline <br> Corpus Christi, TX 78463 |
| Tele: (512) 882-3995 | *Attorneys for Plaintiff* |

m:\mds\ADT\22479\answer.clm

-3-